# FILED
September 06, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Julie Golden_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

## Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 1:23-cv-00335
2. Style of case: BETTY MILLER vs RATCLIFF SENIOR CARE, LLC DBA ORCHARD PARK AT KYLE
3. Nature of suit: NEGLIGENCE.
4. Method of ADR used:   **X Mediation**   ☐ Mini-Trial   ☐ Summary Jury Trial
5. Date ADR session was held: 08/28/23
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.        ☐ Settled, in part, as result of ADR
    ☒ Settled as a result of ADR.             ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $1800.00
8. Duration of ADR: Half Day (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   BETTY MILLER, PLTF
   MICHELLE CHENG, ESQ., PLTF ATTY
   SUSAN BRIONES, DEFT ATTY
   DANA MCARTHUR, MEDIATOR

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    /S/Dana McArthur

    Signature

    6333 East Mockingbird Lane, Dallas, TX 75214
    Address

    August 29, 2023
    Date

    (214)528-1411
    Telephone



NORTH TEXAS TX P&DC
DALLAS TX 750
29 AUG 2023 PM 10 L

HONORABLE ROBERT PITMAN
US DISTRICT COURT, WESTERN DIVISION
501 W. 5th ST., STE. 5300
AUSTIN, TX 78701

BURDIN
MEDIATIONS
4514 COLE AVENUE, SUITE 1450
DALLAS, TEXAS 75205-4181

SCREENED BY CSO
AUG 31 2023